**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **CHARLES H. SCHMIDT, JR., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 3:22-cv-00404** |
| | ) | |
| **CITY OF RICHMOND, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven D. Brown of the law firm Isler Dare, P.C., who is a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance in the above-captioned action on behalf of Defendants William Smith and William Blackwell.

Respectfully submitted,

By:   _/s/ *Steven D. Brown*_____

Steven D. Brown (VSB No. 42511)
ISLERDARE P.C.
1111 East Main Street, Suite 1605
Richmond, Virginia 23219
Telephone: (804) 489-5500
Facsimile:  (804) 234-8234
Email: sbrown@islerdare.com

*Counsel for Defendants William Smith and
William Blackwell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June 2022, a true and accurate copy of the foregoing Notice of Appearance has been filed with the Clerk of Court using the Court's CM/ECF filing system, which will then send notification of such filing (NEF) to the following:

Terry C. Frank, Esq.
Terry Frank Law
108 E. Grace Street, Suite 001
Richmond, Virginia 23219
Telephone: (804) 899-8090
Fax: (804) 899-8229
Email: terry@terryfranklaw.com

*Counsel for Plaintiffs*

By:      /s/ *Steven D. Brown*

Steven D. Brown (VSB No. 42511)
ISLERDARE P.C.
1111 East Main Street, Suite 1605
Richmond, Virginia 23219
Telephone: (804) 489-5500
Facsimile: (804) 234-8234
Email: sbrown@islerdare.com

*Counsel for Defendants William Smith and William Blackwell*