# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **CHARLES H. SCHMIDT, JR., et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 3:22-cv-00404 |
| | ) |
| **CITY OF RICHMOND, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Whitney E. Nelson of the law firm Isler Dare, P.C., who is a member in good standing of the Virginia Bar and of this Court, hereby enters her appearance in the above-captioned action on behalf of Defendants William Smith and William Blackwell.

          Respectfully submitted,

By:    /s/ *Whitney E. Nelson*

Whitney E. Nelson (VSB No. 95911)
ISLERDARE P.C.
1111 East Main Street, Suite 1605
Richmond, Virginia 23219
Telephone: (804) 489-5500
Facsimile:  (804) 234-8234
Email: wnelson@islerdare.com

*Counsel for Defendants William Smith and William Blackwell*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 8th day of June 2022, a true and accurate copy of the foregoing Notice of Appearance has been filed with the Clerk of Court using the Court's CM/ECF filing system, which will then send notification of such filing (NEF) to the following:

Terry C. Frank, Esq.
Terry Frank Law
108 E. Grace Street, Suite 001
Richmond, Virginia 23219
Telephone: (804) 899-8090
Fax: (804) 899-8229
Email: terry@terryfranklaw.com

*Counsel for Plaintiffs*

By:    /s/ *Whitney E. Nelson*

Whitney E. Nelson (VSB No. 95911)
ISLERDARE P.C.
1111 East Main Street, Suite 1605
Richmond, Virginia 23219
Telephone: (804) 489-5500
Facsimile: (804) 234-8234
Email: wnelson@islerdare.com

*Counsel for Defendants William Smith and William Blackwell*