IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| CHARLES H. SCHMIDT, JR., *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF RICHMOND, *et al.*, | ) ) ) | Civil Action No. 3:22-cv-00404 |
| Defendants. | ) ) | |

## **ORDER**

This matter comes before the Court on the Consent Motion for Extension of Time filed by the defendant, Gerald M. Smith. Upon consideration thereof, and there being no objection to the extension of time, the Court ORDERS that the deadline for the Defendant Gerald M. Smith to file pleadings in response to the Complaint [ECF 1] is EXTENDED until August 8, 2022.

ENTERED:       /       /

_____
The Honorable Judge Robert E. Payne, United States District Judge