UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **CHARLES H. SCHMIDT, JR., et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**CITY OF RICHMOND, et al.,** )<br>)<br>**Defendants.** ) | Civil Action No.:  3:22-cv-404 |

**NOTICE OF APPEARANCE OF COUNSEL**

TO:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the following Defendant:  City of Richmond.


Date:    June 22, 2022                         /s/
Wirt P. Marks, Esquire (VSB #36770)
Senior Assistant City Attorney
City Hall, Room 400
900 East Broad Street
Richmond, Virginia  23219
Telephone: (804) 646-3019
Facsimile:  (804) 646-7939
Email: Wirt.Marks@Richmondgov.com
*Counsel for Defendant City of Richmond*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of said filing to all counsel of record.

          _____/s/_____
          Wirt P. Marks, Esquire (VSB #36770)
          Senior Assistant City Attorney
          City Hall, Room 400
          900 East Broad Street
          Richmond, Virginia   23219
          Telephone:  (804) 646-3019
          Facsimile:  (804) 646-7939
          Email:  Wirt.Marks@Richmondgov.com
          *Counsel for Defendant City of Richmond*