IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES H. SCHMIDT, KRISTOPHER C.
GOAD, GREYSON GOODENOW AKA
VANNA GOODENOW, JIMMIE LEE
JARVIS, ALICE MINIUM, AND THERESSA
N. WELLER AKA EILIS WELLER,
ANDREW RINGLE, EDUARDO ACEVEDO,

  Plaintiff,

v.                                                    Case No. 3:22-cv-404

JOHN BRIDGES, IN HIS INDIVIDUAL
CAPACITY, THOMAS W. LLOYD, IN HIS
INDIVIDUAL CAPACITY, JAKOB A.
TORRES, IN HIS INDIVIDUAL CAPACITY,
BENJAMIN J. FRAZER, IN HIS
INDIVIDUAL CAPACITY,  PAUL D.
CAMPBELL, IN HIS INDIVIDUAL
CAPACITY, JUNIUS THORPE, IN HIS
INDIVIDUAL CAPACITY, CHRISTOPHER
GLEASON, IN HIS INDIVIDUAL
CAPACITY, FRANK SCARPA, IN HIS
INDIVIDUAL CAPACITY, DUANE
PEPPEL, IN HIS INDIVIDUAL CAPACITY,
KHALID HARRIS, IN HIS INDIVIDUAL
CAPACITY, BEN MALONE, IN HIS
INDIVIDUAL CAPACITY, KEEGAN
MILLS, IN HIS INDIVIDUAL CAPACITY,
DARIO BURALIEV, IN HIS INDIVIDUAL
CAPACITY, DOMINIC COLOMBO, IN HIS
INDIVIDUAL CAPACITY, JASON KUTI, IN
HIS INDIVIDUAL CAPACITY, STEVE
RAWLINGS, IN HIS INDIVIDUAL
CAPACITY,

  Defendants.

## **NOTICE OF APPEARANCE**

      Blaire H. O'Brien of the law firm of Harman, Claytor, Corrigan & Wellman notes her

appearance as counsel for Defendant John Bridges, In his individual capacity, Thomas W. Lloyd,

In his individual capacity, Jakob A. Torres, In his individual capacity, Benjamin J. Frazer, In his individual capacity, Paul D. Campbell, In his individual capacity, Junius Thorpe, In his individual capacity, Christopher Gleason, In his individual capacity, Frank Scarpa, In his individual capacity, Duane Peppel, In his individual capacity, Khalid Harris, In his individual capacity, Ben Malone, In his individual capacity, Keegan Mills, In his individual capacity, Dario Buraliev, In his individual capacity, Dominic Colombo, In his individual capacity, Jason Kuti, In his individual capacity, Steve Rawlings, In his individual capacity.

**JOHN BRIDGES, IN HIS INDIVIDUAL CAPACITY, THOMAS W. LLOYD, IN HIS INDIVIDUAL CAPACITY, JAKOB A. TORRES, IN HIS INDIVIDUAL CAPACITY, BENJAMIN J. FRAZER, IN HIS INDIVIDUAL CAPACITY, PAUL D. CAMPBELL, IN HIS INDIVIDUAL CAPACITY, JUNIUS THORPE, IN HIS INDIVIDUAL CAPACITY, CHRISTOPHER GLEASON, IN HIS INDIVIDUAL CAPACITY, FRANK SCARPA, IN HIS INDIVIDUAL CAPACITY, DUANE PEPPEL, IN HIS INDIVIDUAL CAPACITY, KHALID HARRIS, IN HIS INDIVIDUAL CAPACITY, BEN MALONE, IN HIS INDIVIDUAL CAPACITY, KEEGAN MILLS, IN HIS INDIVIDUAL CAPACITY, DARIO BURALIEV, IN HIS INDIVIDUAL CAPACITY, DOMINIC COLOMBO, IN HIS INDIVIDUAL CAPACITY, JASON KUTI, IN HIS INDIVIDUAL CAPACITY, STEVE RAWLINGS, IN HIS INDIVIDUAL CAPACITY,**

By Counsel

/s/
Blaire H. O'Brien (VSB No. 83961)
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
Counsel for John Bridges, In his individual capacity, Thomas W. Lloyd, In his individual capacity, Jakob A. Torres, In his individual capacity, Benjamin J. Frazer, In his individual capacity, Paul D. Campbell, In his individual capacity, Junius Thorpe, In his individual capacity, Christopher Gleason, In his individual capacity, Frank Scarpa, In his individual capacity, Duane Peppel, In his individual capacity, Khalid Harris, In his individual capacity, Ben Malone, In his individual capacity, Keegan Mills, In his individual capacity, Dario Buraliev, In his individual capacity, Dominic Colombo, In his individual capacity, Jason Kuti, In his individual capacity, Steve Rawlings, In his individual capacity
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
bobrien@hccw.com
dcorrigan@hccw.com
sfisher@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the 22nd day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Terry C. Frank, Esq.
>Terry Frank Law
>108 E. Grace Street
>Richmond, VA 23219
>804-477-4955 - Phone
>804-906-2455 - Fax
>terry@terryfranklaw.com

3

Whitney E. Nelson, VSB No. 95911
IslerDare P.C.
1111 East Main Street
Suite 1605
Richmond, VA 23219
804-489-5500 - Phone
804-234-8234 - Fax
wnelson@islerdare.com

Steven D. Brown, Esq.
IslerDare PC
411 East Franklin Street, Suite 203
Richmond, VA 23219
804-489-5500 - Phone
804-489-5501 - DD
804-234-8234 - Fax
sbrown@islerdare.com

Lindsey A. Strachan, VSB No. 84506
IslerDare P.C.
1111 East Main Street
Suite 1605
Richmond, VA 23219
804-489-5500 - Phone
804-234-8234 - Fax
lstrachan@islerdare.com

/s/
Blaire H. O'Brien 9VSB No. 83961)
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
Counsel for John Bridges, In his inidivdual capacity, Thomas W. Lloyd, In his individual capacity, Jakob A. Torres, In his individual capacity, Benjamin J. Frazer, In his individual capacity, Paul D. Campbell, In his individual capacity, Junius Thorpe, In his individual capacity, Christopher Gleason, In his individual capacity, Frank Scarpa, In his individual capacity, Duane Peppel, In his individual capacity, Khalid Harris, In his individual capacity, Ben Malone, In his individual capacity, Keegan Mills, In his individual capacity, Dario Buraliev, In his individual capacity, Dominic Colombo, In his individual capacity, Jason Kuti, In his individual capacity, Steve Rawlings, In his individual capacity
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
bobrien@hccw.com
dcorrigan@hccw.com
sfisher@hccw.com