IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES H. SCHMIDT, KRISTOPHER C.
GOAD, GREYSON GOODENOW AKA
VANNA GOODENOW, JIMMIE LEE
JARVIS, ALICE MINIUM, AND THERESSA
N. WELLER AKA EILIS WELLER,
ANDREW RINGLE, EDUARDO ACEVEDO,

   Plaintiffs,

v.                                                                                          Case No. 3:22-cv-404

CITY OF RICHMOND, WILLIAM C.
SMITH, IN HIS INDIVIDUAL CAPACITY,
WILLIAM BLACKWELL, IN HIS
INDIVIDUAL CAPACITY, GERALD M.
SMITH, IN HIS INDIVIDUAL CAPACITY,
JOHN BRIDGES, IN HIS INDIVIDUAL
CAPACITY, THOMAS W. LLOYD, IN HIS
INDIVIDUAL CAPACITY, JAKOB A.
TORRES, IN HIS INDIVIDUAL CAPACITY,
BRENDA RUIZ-OYLER, IN HER
INDIVIDUAL CAPACITY, BENJAMIN J.
FRAZER, IN HIS INDIVIDUAL CAPACITY,
APRIL M. DIXON, IN HER INDIVIDUAL
CAPACITY, PATRICK DIGIROLAMO, IN
HIS INDIVIDUAL CAPACITY, PAUL D.
CAMPBELL, IN HIS INDIVIDUAL
CAPACITY, JUNIUS THORPE, IN HIS
INDIVIDUAL CAPACITY, NICO YOUNG,
IN HIS INDIVIDUAL CAPACITY, JOHN
BEASLEY, IN HIS INDIVIDUAL
CAPACITY, CHRISTOPHER GLEASON, IN
HIS INDIVIDUAL CAPACITY, FRANK
SCARPA, IN HIS INDIVIDUAL CAPACITY,
KATE LEONE, IN HER INDIVIDUAL
CAPACITY, DUANE PEPPEL, IN HIS
INDIVIDUAL CAPACITY, KHALID
HARRIS, IN HIS INDIVIDUAL CAPACITY,
BEN MALONE, IN HIS INDIVIDUAL
CAPACITY, TYLER CRAIG, IN HIS
INDIVIDUAL CAPACITY, KEEGAN
MILLS, IN HIS INDIVIDUAL CAPACITY,

DARIO BURALIEV, IN HIS INDIVIDUAL
CAPACITY, BENJAMIN O'ROURKE, IN
HIS INDIVIDUAL CAPACITY, DOMINIC
COLOMBO, IN HIS INDIVIDUAL
CAPACITY, DAN BONDY, IN HIS
INDIVIDUAL CAPACITY,  JASON KUTI,
IN HIS INDIVIDUAL CAPACITY, STEVE
RAWLINGS, IN HIS INDIVIDUAL
CAPACITY, OFFICER DOES 1-50, IN
THEIR INDIVIDUAL CAPACITIES,

    Defendants.

## JOINT MOTION TO SEVER

COME NOW Defendants City of Richmond, William C. Smith, William Blackwell, Gerald M. Smith, John Bridges, Thomas W. Lloyd, Jakob A. Torres, Brenda Ruiz-Oyler, Benjamin J. Frazer, April M. Dixon, Patrick Digirolamo, Paul D. Campbell, Junius Thorpe, Nico Young, John Beasley, Christopher Gleason, Frank Scarpa, Kate Leone, Duane Peppel, Khalid Harris, Ben Malone, Tyler Craig, Keegan Mills, Dario Buraliev, Dominic Colombo, Dan Bondy, Jason Kuti, and Steve Rawlings (collectively, "Defendants), pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure and hereby jointly move to sever the claims of each Plaintiff for each incident.  The bases for seeking the relief requested in this Motion are set forth in the accompanying Brief in Support of Joint Motion to Sever, which is incorporated herein by reference.

**CITY OF RICHMOND, WILLIAM C. SMITH, IN HIS INDIVIDUAL CAPACITY, GERALD M. SMITH, IN HIS INDIVIDUAL CAPACITY, JOHN BRIDGES, IN HIS INDIVIDUAL CAPACITY, THOMAS W. LLOYD, IN HIS INDIVIDUAL CAPACITY, JAKOB A. TORRES, IN HIS INDIVIDUAL CAPACITY, BRENDA RUIZ-OYLER, IN HER INDIVIDUAL CAPACITY, BENJAMIN J. FRAZER, IN HIS INDIVIDUAL CAPACITY, APRIL M. DIXON, IN HER INDIVIDUAL CAPACITY, PATRICK DIGIROLAMO, IN HIS INDIVIDUAL CAPACITY, PAUL D. CAMPBELL, IN HIS INDIVIDUAL CAPACITY, JUNIUS THORPE, IN HIS INDIVIDUAL CAPACITY, NICO YOUNG, IN HIS INDIVIDUAL CAPACITY, JOHN BEASLEY, IN HIS INDIVIDUAL CAPACITY, CHRISTOPHER GLEASON, IN HIS INDIVIDUAL CAPACITY, FRANK SCARPA, IN HIS INDIVIDUAL CAPACITY, KATE LEONE, IN HER INDIVIDUAL CAPACITY, DUANE PEPPEL, IN HIS INDIVIDUAL CAPACITY, KHALID HARRIS, IN HIS INDIVIDUAL CAPACITY, BEN MALONE, IN HIS INDIVIDUAL CAPACITY, TYLER CRAIG, IN HIS INDIVIDUAL CAPACITY, KEEGAN MILLS, IN HIS INDIVIDUAL CAPACITY, DARIO BURALIEV, IN HIS INDIVIDUAL CAPACITY, DOMINIC COLOMBO, IN HIS INDIVIDUAL CAPACITY, DAN BONDY, IN HIS INDIVIDUAL CAPACITY,  JASON KUTI, IN HIS INDIVIDUAL CAPACITY, STEVE RAWLINGS, IN HIS INDIVIDUAL CAPACITY, OFFICER DOES 1-50, IN THEIR INDIVIDUAL CAPACITIES**

By Counsel

3

/s/  David P. Corrigan
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
sfisher@hccw.com
bobrien@hccw.com
*Counsel for Defendants Jon Bridges, Thomas W. Lloyd,*
*Jakob A. Torres, Brenda Ruiz-Oyler, Benjamin J. Frazer,*
*April M. Dixon, Patrick Digiolamo, Paul D. Campbell*
*Junius Thorpe, Nico Young, John Beazley, Christopher Gleason,*
*Frank Scarpa, Kate Leone, Duane Peppel, Khalid Harris,*
*Ben Malone, Tyler Craig, Keegan Mills, Dario Buraliev,*
*Dominic Colombo, Dan Bondy, Jason Kuti, and Steve Rawlings*


/s/
Steven D. Brown (VSB No. 42511)
Lindsay A. Strachan (VSB No. 84506)
Whitney E. Nelson (VSB No. 95911)
IslerDate P.C.
111 East Main Street, Suite 1605
Richmond, Virginia  23219
804-489-5500 - Phone
804-234-8234 - Fax
sbrown@islerdare.com
lstrachan@islerdare.com
wnelson@islerdare.com
*Counsel for Defendants William Smith*
*and William Blackwell*

/s/ _____
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
Benjamin F. Dill, Esq. (VSB#93000)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
bdill@snllaw.com
*Counsel for* Defendant *Gerald M. Smith*

/s/ _____
Wirt P. Marks (VSB No. 36770)
Senior Assistant City Attorney
900 East Broad Street, Room 400
Richmond, Virginia 23219
804-646-3019 - Phone
804-646-7939 - Fax
Wirt.Marks@Richmondgov.com
*Counsel for Defendant City of Richmond*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of August, 2022, a true and accurate copy of the foregoing was filed with the Clerk using the CM/ECF system, which will send a notification to all counsel of record.

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
sfisher@hccw.com
bobrien@hccw.com
*Counsel for Defendants Jon Bridges, Thomas W. Lloyd, Jakob A. Torres, Brenda Ruiz-Oyler, Benjamin J. Frazer, April M. Dixon, Patrick Digiolamo, Paul D. Campbell Junius Thorpe, Nico Young, John Beazley, Christopher Gleason, Frank Scarpa, Kate Leone, Duane Peppel, Khalid Harris, Ben Malone, Tyler Craig, Keegan Mills, Dario Buraliev, Dominic Colombo, Dan Bondy, Jason Kuti, and Steve Rawlings*

/s/
Steven D. Brown (VSB No. 42511)
Lindsay A. Strachan (VSB No. 84506)
Whitney E. Nelson (VSB No. 95911)
IslerDate P.C.
111 East Main Street, Suite 1605
Richmond, Virginia  23219
804-489-5500 - Phone
804-234-8234 - Fax
sbrown@islerdare.com
lstrachan@islerdare.com
wnelson@islerdare.com
*Counsel for Defendants William Smith and William Blackwell*

/s/
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
Benjamin F. Dill, Esq. (VSB#93000)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
bdill@snllaw.com
*Counsel for* Defendant *Gerald M. Smith*

/s/
Wirt P. Marks (VSB No. 36770)
Senior Assistant City Attorney
900 East Broad Street, Room 400
Richmond, Virginia 23219
804-646-3019 - Phone
804-646-7939 - Fax
Wirt.Marks@Richmondgov.com
*Counsel for Defendant City of Richmond*