UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **CHARLES H. SCHMIDT, JR., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action No.:  3:22-cv-404 |
| | ) | |
| **CITY OF RICHMOND, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the following Defendant:  City of Richmond.


Date:   August 12, 2022           _____/s/_____
Zachary P. Grubaugh, Esquire (VSB #83944)
Assistant City Attorney
City Hall, Room 400
900 East Broad Street
Richmond, Virginia  23219
Telephone: (804) 646-7953
Facsimile:  (804) 646-7939
Email: Zachary.Grubaugh@rva.gov
*Counsel for Defendant City of Richmond*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of August, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of said filing to all counsel of record.

                                    _____/s/_____
                                    Zachary P. Grubaugh, Esquire (VSB #83944)
                                    Assistant City Attorney
                                    City Hall, Room 400
                                    900 East Broad Street
                                    Richmond, Virginia 23219
                                    Telephone: (804) 646-7953
                                    Facsimile: (804) 646-7939
                                    Email: Zachary.Grubaugh@rva.gov
                                    *Counsel for Defendant City of Richmond*