IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES H. SCHMIDT, JR.,
et al.,

    Plaintiffs,

v.                                                             Civil Action No. 3:22cv404

CITY OF RICHMOND, et al.,

    Defendants.

## ORDER

Before the Court is the PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME (ECF No. 131). The Motion (ECF No. 131) (1) states that: (1) pursuant to Fed. R. Civ. P. 15(a)(1)(B), the plaintiffs "intend to file an Amended Complaint on or before August 29, 2022" and (2) requests and extension until September 5, 2022 to file responses to Defendants' Joint Motion to Sever, Motions to Dismiss, and a Partial Motion to Dismiss. Having considered the Motion (ECF No. 131), it is hereby ORDERED that:

    (1) By August 29, 2022, the plaintiffs shall file their Amended Complaint; and

    (2) By September 12, 2022, the defendants shall file their Answers and any other motions respecting the Amended Complaint; and

    (3) The PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME (ECF No. 131) is denied as moot; and

(4)   The following motions are denied as moot:

- JOINT MOTION TO SEVER (ECF No. 81)
- DEFENDANT CITY OF RICHMOND'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) (ECF No. 84)
- PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF No. 86)
- MOTION TO DISMISS filed by defendant, Gerald M. Smith (ECF No. 89)
- MOTION TO DISMISS filed by defendants, Patrick Digirolamo, Christopher Gleason, Frank Scarpa, Kate Leone, Duane Peppel, Tyler craig, Keegan Mills, Dario Buraliev, Dominic Columbo, and Jason Kuti (ECF No. 92)
- DEFENDANTS DIXON AND YOUNG'S MOTION TO DISMISS (ECF No. 104)
- DEFENDANT BEAZLEY'S MOTION TO DISMISS (ECF No. 108)
- DEFENDANT TORRES'S MOTION TO DISMISS (ECF No. 111)
- DEFENDANT LLOYD'S MOTION TO DISMISS (ECF No. 114)
- DEFENDANT CAMPBELL'S MOTION TO DISMISS (ECF No. 117)
- DEFENDANT BRIDGES'S MOTION TO DISMISS (ECF No. 120)

It is so ORDERED.

/s/ *[signature]*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 25, 2022