IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES H. SCHMIDT, *et al.*,

  Plaintiffs,

v.                                           Case No. 3:22-cv-404

CITY OF RICHMOND, *et al.*

  Defendants.

## BRIEF IN SUPPORT OF MOTION
## TO WITHDRAW AS COUNSEL FOR DEFENDANT GLEASON

    David P. Corrigan, M. Scott Fisher, Jr., and Blaire H. O'Brien of the law firm Harman, Claytor, Corrigan & Wellman, P.C. ("Counsel") hereby submit this memorandum in support of their Motion to Withdraw from representation of Defendant Christopher Gleason. In support of this Motion, Counsel state as follows:

    1.    Defendant Gleason has obtained new counsel.

    2.    Defendant Gleason's new counsel have filed their notices of appearance. (ECF No. 140 and 141.)

    3.    Accordingly, neither Defendant nor Plaintiff is prejudiced by Counsel's Motion to Withdraw.

    WHEREFORE, Counsel, having fully met the requirements of Local Rule 83.1(G) respectfully request that this Court grant their motion to withdraw as counsel for Defendant Christopher Gleason.

                                                  **THOMAS W. LLOYD, IN HIS INDIVIDUAL CAPACITY, JAKOB A. TORRES, IN HIS INDIVIDUAL CAPACITY, BRENDA RUIZ-OYLER, IN HER INDIVIDUAL CAPACITY,**

**BENJAMIN J. FRAZER, IN HIS INDIVIDUAL CAPACITY, APRIL M. DIXON, IN HER INDIVIDUAL CAPACITY, PATRICK DIGIROLAMO, IN HIS INDIVIDUAL CAPACITY, PAUL D. CAMPBELL, IN HIS INDIVIDUAL CAPACITY, JUNIUS THORPE, IN HIS INDIVIDUAL CAPACITY, JOHN BEASLEY, IN HIS INDIVIDUAL CAPACITY, CHRISTOPHER GLEASON, IN HIS INDIVIDUAL CAPACITY, KATE LEONE, IN HER INDIVIDUAL CAPACITY, DUANE PEPPEL, IN HIS INDIVIDUAL CAPACITY, KHALID HARRIS, IN HIS INDIVIDUAL CAPACITY, BEN MALONE, IN HIS INDIVIDUAL CAPACITY, TYLER CRAIG, IN HIS INDIVIDUAL CAPACITY, KEEGAN MILLS, IN HIS INDIVIDUAL CAPACITY, DARIO BURALIEV, IN HIS INDIVIDUAL CAPACITY, DOMINIC COLOMBO, IN HIS INDIVIDUAL CAPACITY, DAN BONDY, IN HIS INDIVIDUAL CAPACITY,  JASON KUTI, IN HIS INDIVIDUAL CAPACITY, AND STEVE RAWLINGS, IN HIS INDIVIDUAL CAPACITY**

By Counsel

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
sfisher@hccw.com
bobrien@hccw.com

2

**C E R T I F I C A T E**

I hereby certify that on the 20th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Terry C. Frank, Esq.
    Terry Frank Law
    108 E. Grace Street
    Richmond, VA 23219
    804-477-4955 - Phone
    804-906-2455 - Fax
    terry@terryfranklaw.com

    Whitney E. Nelson (VSB No. 95911)
    Steven D. Brown, Esq. (VSB No. 42511)
    Lindsey A. Strachan (VSB No. 84506)
    IslerDare P.C.
    1111 East Main Street
    Suite 1605
    Richmond, VA 23219
    804-489-5500 - Phone
    804-234-8234 - Fax
    wnelson@islerdare.com
    sbrown@islerdare.com
    lstrachan@islerdare.com

    Mark C. Nanavati, Esq. (VSB No. 38709)
    Sinnott Nuckols & Logan, P.C.
    13811 Village Mill Drive
    Midlothian, VA 23114
    804-378-7600 x3316 - Phone
    804-378-2610 - Fax
    mnanavati@snllaw.com

    Wirt P. Marks, IV, Esq.
    City of Richmond
    900 East Broad Street
    Suite 400
    Richmond, VA 23219
    804-646-3019 - Phone
    804-646-6653 - Fax
    Wirt.Marks@Richmondgov.com

Zachary P. Grubaugh, Esq.
City of Richmond
900 East Broad Street
Suite 400
Richmond, VA 23219
804-646-7953 - Phone
Zachary.grubaugh@richmondgov.com

William W. Tunner, Esq. (VSB No. 38358)
Peter S. Askin, Esq. (VSB No. 93371)
ThompsonMcMullan P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219-4140
804-649-7545 - Phone
804-780-1813 - Fax
wtunner@t-mlaw.com
paskin@t-mlaw.com

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
sfisher@hccw.com
bobrien@hccw.com