# VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Wednesday the 8th day of July, 2020.*

### IN RE: SEVENTH ORDER EXTENDING DECLARATION OF JUDICIAL EMERGENCY IN RESPONSE TO COVID-19 EMERGENCY

Under the constitutional, statutory, and inherent authority of the Supreme Court of Virginia, the Court unanimously EXTENDS the Declaration of Judicial Emergency through August 9, 2020, and ORDERS that the provisions of the *Sixth Order Extending Declaration Of Judicial Emergency In Response To Covid-19 Emergency*, entered June 22, 2020 (Sixth Order), shall continue to apply in all courts of the Commonwealth, except as provided herein. The provisions of the Sixth Order, as amended and modified by this Order, are hereby incorporated by reference as if fully set forth herein and shall apply for the duration of this Order unless amended by future order. Accordingly, the Period of Judicial Emergency now extends from March 16, 2020, through August 9, 2020.

l) As provided in the Clarification Order, entered May 1, 2020, deadlines imposed by the Speedy Trial Act, Va. Code § 19.2-243, are tolled during the ongoing Period of Judicial Emergency (March 16, 2020, through August 9, 2020).

2) Plans for restarting jury trials, as required by Paragraph 16 of the Sixth Order, shall be submitted by Chief Circuit Court Judges to the Chief Justice. Jury trials may be held as soon as the plan has been submitted and approved by a panel of three Justices in consultation with the Office of the Executive Secretary. No jury trials shall occur in any locality in the Commonwealth for the duration of this Order, unless and until the plan applicable to the locality has been approved by the panel.

3) Except as provided in Paragraph 1 above, beginning on July 20, 2020, for cases in the district and circuit courts, there shall be no further tolling of statutes of limitation or other case-related deadlines. Similarly, beginning July 20, 2020, there shall be no further tolling of deadlines regarding filings made pursuant to Part Five of the Rules of the Supreme Court of Virginia with the clerk of the circuit court as well as the filing of the petition for appeal in the Supreme Court under Rule 5:17(a)(1).

The tolling period as a result of the Judicial Emergency for such statutes of limitation and deadlines shall be limited to March 16, 2020 through July 19, 2020.  This period of tolling shall not be counted for purposes of determining statutes of limitation or other case-related deadlines.  If, for example, the circuit court entered final judgment on March 10, 2020, six days before the Judicial Emergency was declared, then the total number of days of the tolling period resulting from the Judicial Emergency shall not count toward the 90-day deadline for filing the petition for appeal under Rule 5:17(a)(1), and this deadline would be extended for a period of 84 days after the tolling period ends on July 20, 2020.

Deadlines regarding filings made pursuant to Part Five A of the Rules of the Supreme Court of Virginia with the clerk of the circuit court are no longer tolled.  All deadlines in the Court of Appeals that run from the filing of the record in that court, remain unaffected; however, parties remain free to seek extensions of time in the Court of Appeals.

This Order shall be in effect from July 20, 2020, through August 9, 2020.  The Declaration of Judicial Emergency may be extended for additional periods as provided in Va. Code § 17.1-330(E).  It is so ORDERED.

_____(SEAL)
Chief Justice of the Supreme Court of Virginia