IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES H. SCHMIDT, JR.,
et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:22cv404

CITY OF RICHMOND, et al.,

    Defendants.

**ORDER**

Having considered the MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT GLEASON (ECF No. 143), and for good cause shown, it is hereby ORDERED that the MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT GLEASON (ECF No. 143) is granted. It is hereby ORDERED that the Clerk shall remove David P. Corrigan, Esquire, M. Scott Fisher, Jr., Esquire, and Blaire H. O'Brien, Esquire as counsel of record for the defendant, Christopher Gleason.

It is so ORDERED.

                                                    /s/    REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: September 21, 2022