IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES H. SCHMIDT, *et al.*,

   Plaintiffs,

v.                                                    Case No. 3:22-cv-404

CITY OF RICHMOND, *et al.*,

   Defendants.

## **REQUEST FOR HEARING**

     Pursuant to Local Rule 7, Defendants request a hearing on their Joint Motion to Sever, ECF No. 145, filed September 21, 2022.

**CITY OF RICHMOND, WILLIAM C. SMITH, IN HIS INDIVIDUAL CAPACITY, GERALD M. SMITH, IN HIS INDIVIDUAL CAPACITY, JOHN BRIDGES, IN HIS INDIVIDUAL CAPACITY, THOMAS W. LLOYD, IN HIS INDIVIDUAL CAPACITY, JAKOB A. TORRES, IN HIS INDIVIDUAL CAPACITY, BRENDA RUIZ-OYLER, IN HER INDIVIDUAL CAPACITY, BENJAMIN J. FRAZER, IN HIS INDIVIDUAL CAPACITY, APRIL M. DIXON, IN HER INDIVIDUAL CAPACITY, PATRICK DIGIROLAMO, IN HIS INDIVIDUAL CAPACITY, PAUL D. CAMPBELL, IN HIS INDIVIDUAL CAPACITY, JUNIUS THORPE, IN HIS INDIVIDUAL CAPACITY, JOHN BEASLEY, IN HIS**

**INDIVIDUAL CAPACITY, KATE LEONE, IN HER INDIVIDUAL CAPACITY, DUANE PEPPEL, IN HIS INDIVIDUAL CAPACITY, KHALID HARRIS, IN HIS INDIVIDUAL CAPACITY, BEN MALONE, IN HIS INDIVIDUAL CAPACITY, TYLER CRAIG, IN HIS INDIVIDUAL CAPACITY, KEEGAN MILLS, IN HIS INDIVIDUAL CAPACITY, DARIO BURALIEV, IN HIS INDIVIDUAL CAPACITY, DOMINIC COLOMBO, IN HIS INDIVIDUAL CAPACITY, DAN BONDY, IN HIS INDIVIDUAL CAPACITY,  JASON KUTI, IN HIS INDIVIDUAL CAPACITY, STEVE RAWLINGS, IN HIS INDIVIDUAL CAPACITY, CHRISTOPJHER GLEASON, IN HIS INDIVIDUAL CAPACITY**

By Counsel

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
sfisher@hccw.com
bobrien@hccw.com
*Counsel for Defendants Jon Bridges, Thomas W. Lloyd,*
*Jakob A. Torres, Brenda Ruiz-Oyler, Benjamin J. Frazer,*
*April M. Dixon, Patrick Digiolamo, Paul D. Campbell*
*Junius Thorpe, John Beazley, Kate Leone,*
*Duane Peppel, Khalid Harris, Ben Malone, Tyler Craig, Keegan Mills, Dario Buraliev,*
*Dominic Colombo, Dan Bondy, Jason Kuti, and Steve Rawlings*

2

/s/ Steven D. Brown
Steven D. Brown (VSB No. 42511)
Lindsay A. Strachan (VSB No. 84506)
Whitney E. Nelson (VSB No. 95911)
IslerDate P.C.
111 East Main Street, Suite 1605
Richmond, Virginia  23219
804-489-5500 - Phone
804-234-8234 - Fax
sbrown@islerdare.com
lstrachan@islerdare.com
wnelson@islerdare.com
*Counsel for Defendants William Smith
and William Blackwell*


/s/ Mark C. Nanavati
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
Benjamin F. Dill, Esq. (VSB#93000)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
bdill@snllaw.com
*Counsel for Defendant Gerald M. Smith*


/s/ Wirt P. Marks
Wirt P. Marks (VSB No. 36770)
Senior Assistant City Attorney
900 East Broad Street, Room 400
Richmond, Virginia  23219
804-646-3019 - Phone
804-646-7939 - Fax
Wirt.Marks@Richmondgov.com
*Counsel for Defendant City of Richmond*

3

/s/ William W. Tunner
William W. Tunner (VSB No. 38358)
Peter S. Askin (VSB No. 93371)
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
paskin@t-mlaw.com
*Counsel for Defendant Gleason*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of October, 2022, a true and accurate copy of the foregoing was filed with the Clerk using the CM/ECF system, which will send a notification to all counsel of record.

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
sfisher@hccw.com
bobrien@hccw.com
*Counsel for Defendants Jon Bridges, Thomas W. Lloyd,*
*Jakob A. Torres, Brenda Ruiz, Benjamin J. Frazer,*
*April M. Dixon, Patrick Digiolamo, Paul D. Campbell*
*Junius Thorpe, John Beazley, Kate Leone, Duane Peppel,*
*Khalid Harris, Ben Malone, Tyler Craig, Keegan Mills,*
*Dario Buraliev, Dominic Colombo, Dan Bondy, Jason Kuti,*
*and Steve Rawlings*

/s/
Steven D. Brown (VSB No. 42511)
Lindsay A. Strachan (VSB No. 84506)
Whitney E. Nelson (VSB No. 95911)
IslerDate P.C.
111 East Main Street, Suite 1605
Richmond, Virginia  23219
804-489-5500 - Phone
804-234-8234 - Fax
sbrown@islerdare.com
lstrachan@islerdare.com
wnelson@islerdare.com
*Counsel for Defendants William Smith
and William Blackwell*

/s/
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
Benjamin F. Dill, Esq. (VSB#93000)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
bdill@snllaw.com
*Counsel for Defendant Gerald M. Smith*

/s/
_____
Wirt P. Marks (VSB No. 36770)
Senior Assistant City Attorney
900 East Broad Street, Room 400
Richmond, Virginia  23219
804-646-3019 - Phone
804-646-7939 - Fax
Wirt.Marks@Richmondgov.com
*Counsel for Defendant City of Richmond*


/s/ William W. Tunner
_____
William W. Tunner (VSB No. 38358)
Peter S. Askin (VSB No. 93371)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
paskin@t-mlaw.com
*Counsel for Defendant Gleason*

7