IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES H. SCHMIDT, JR., *et al.*,
    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Civil Action No. 3:22-cv-00404 (REP)

CITY OF RICHMOND, *et al*.,
    Defendants.

## **ORDER**

    This matter is before the Court on its own initiative. Recusal in the federal courts is governed by 28 U.S.C. § 455. Subsection (a) of the statute requires that "[a]ny justice, judge, or magistrate judge of the United States . . . disqualify himself in any proceeding in which his impartiality might reasonably be questioned," whereas subsection (b) is more specific, requiring a judge to recuse himself as a result of certain interests or relationships. Having reviewed 28 U.S.C. § 455, the undersigned has determined that recusal from this civil action is required. The Court hereby ORDERS that this action is REASSIGNED for settlement purposes.

    Let the Clerk file this Order electronically, notify all counsel accordingly.

    It is so ORDERED.

                                                /s/ MRC
                                           Mark R. Colombell
                                           United States Magistrate Judge

Richmond, Virginia
Date: October 26, 2022