SCHMDIT, *et al.,* v. CITY OF RICHMOND
Chart re: Plaintiff/Date/Incident

| Plaintiff | Date | Location of Incident (all in the City of Richmond) | Permit Status |
|---|---|---|---|
| Roberto Roldan | 05/31/2020 | East Marshall Street between 10th and 11th Streets | **Permit not required.** **No knowledge if permit was obtained.**<br>• Journalist covering public demonstration.<br>• Protest itself was spontaneous, an exception to permit requirement per § 27-417(b)(1) of Richmond Code of Ordinances ("Ord.") |
| Charles Schmidt, Jr. | 06/26/2020 | Whole Foods parking lot, 2024 W. Broad Street | **Permit not required nor obtained.**<br>• Private property.<br>• Not a protest or demonstration.<br>• Schmidt was the only person present and RPD sought him out. |
| Andrew Ringle | 06/21/2020 | Near intersection of Monument Avenue and N. Lombardy Street; former statue of J.E.B. Stuart on Monument Avenue | **Permit not required.** **No knowledge if permit was obtained.**<br>• Journalist covering public demonstration.<br>• Protest itself was spontaneous, an exception to permit requirement per Richmond Ord. § 27-417(b)(1). |
|  | 07/26/2020 | Monroe Park<br>620 W. Main Street | **Permit not required.** **No knowledge if permit was obtained.**<br>• Journalist covering demonstration.<br>• Protest itself was spontaneous, an exception to permit requirement per Richmond Ord. § 27-417(b)(1). |
| Eduardo Acevedo | 07/25/2020 | Near Richmond Police Department Headquarters<br>200 West Grace Street | **Permit not required.** **No knowledge if permit was obtained.**<br>• Journalist covering demonstration.<br>• Protest itself was spontaneous, an exception to permit requirements per Richmond Ord. § 27-417(b)(1). |

SCHMDIT, *et al.,* v. CITY OF RICHMOND
Chart re: Plaintiff/Date/Incident

| Plaintiff | Date | Location | Details |
|---|---|---|---|
| Kristopher Goad | 07/26/2020 | Sacred Heart Cathedral<br>823 Cathedral Place<br>N. Laurel Street | **Permit not required nor obtained.**<br>• Private property.<br>• Not a protest or demonstration.<br>• Goad was singled out by RPD. |
|  | 9/14/2020 | Broad Street proceeding west from Shockoe Bottom | **Permit not required.**<br>**No knowledge if permit was obtained.**<br>• March was spontaneous, an exception to permit requirements per Richmond Ord. § 27-417(b)(1). |
| Jimmie Lee Jarvis | 05/31/2020 | Near the corner of Broad Street and Belvidere. | **Permit not required.**<br>**No knowledge if permit was obtained.**<br>• Not part of the protest but a block away observing police interaction with protestors.<br>• Protest itself was spontaneous, an exception to permit requirements per Richmond Ord. § 27-417(b)(1). |
|  | 06/14/2020 | Near Richmond Police Department Headquarters<br>200 West Grace Street | **Permit not required.**<br>**No knowledge if permit was obtained.**<br>• Protest itself was spontaneous, an exception to permit requirements per Richmond Ord. § 27-417(b)(1).<br>• Unknown RPD officer sprayed pepper spray near Jarvis to stop him from filming. |
|  | 06/15/2020 | Near Richmond Police Department Headquarters<br>200 West Grace Street | **Permit not required.**<br>**No knowledge if permit was obtained.**<br>• Not part of the protest but observing police attacking protestors from a safe distance.<br>• Protest itself was spontaneous, an exception to permit requirements per Richmond Ord. § 27-417(b)(1).<br>• Unknown RPD officer left the area with protestors and sought out Jarvis to deploy pepper spray. |

SCHMDIT, *et al.,* v. CITY OF RICHMOND
Chart re: Plaintiff/Date/Incident

| | | | |
|---|---|---|---|
| | 06/21/2020 | Intersection of Monument Avenue and N. Lombardy at Stuart Circle, proceeding west on Monument Avenue. | **Permit not required.**<br>**No knowledge if permit was obtained.**<br>• Jarvis was not part of the demonstrations but standing on the sidewalk with Monument Avenue residents as the protestors marched past.<br>• Protest itself was spontaneous, an exception to permit requirements per Richmond Ord. § 27-417(b)(1). |
| | 07/25/2020 | Near Richmond Police Department Headquarters<br>200 West Grace Street | **Permit not required.**<br>**No knowledge if permit was obtained.**<br>• Was not participating in the demonstrations but standing in an adjacent lot with a group of reporters covering the events.<br>• Protest itself was spontaneous, an exception to permit requirements per Richmond Ord. § 27-417(b)(1). |
| | 08/20/2020 | GWARbar<br>217 W. Clay Street | **Permit not required nor obtained.**<br>• Not a demonstration or march.<br>• Private property with permission of the owner.<br>• Was assaulted by RPD officer for filming the assault and arrest of Alice Minium by RPD officer Brenda Ruiz. |
| Alice Minium | 08/20/2020 | GWARbar<br>217 W. Clay Street | **Permit not required nor obtained.**<br>• Not a demonstration or march.<br>• Private property with permission of the owner. |
| Vanna Goodenow | 10/27/2020 | Brookland Parkway and North Street; Norwood and Barton | **Permit not required nor obtained.**<br>• Goodenow was observing police from a distance as they arrested an individual.<br>• Not a protest or demonstration.<br>• Goodenow was the only person present besides the RPD officers and the person being arrested. |

SCHMDIT, *et al.,* v. CITY OF RICHMOND
Chart re: Plaintiff/Date/Incident

| Eilis Weller | 06/16/2021 | Scuffletown Park, Strawberry Street | **Permit not required.** <br> **No knowledge if permit was obtained.** <br> • March was spontaneous, an exception to permit requirements per Richmond Ord. § 27-417(b)(1). |
|---|---|---|---|