UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **CHARLES H. SCHMIDT, JR., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )  Civil Action No.:  3:22-cv-404 |
| | ) |
| **CITY OF RICHMOND,** | ) |
| | ) |
| **Defendant.** | ) |

## VOLUNTARY STIPULATION OF DISMISSL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Charles H. Schmidt, Jr., Kristopher C. Goad, Greyson Goodenow, *aka* Vanna Goodenow, Jimmie Lee Jarvis, Alice Minium, Theressa N. Weller, *aka* Éilís Weller, Roberto Roldan, Andrew Ringle, Eduardo Acevedo, and Defendant City of Richmond (collectively the "Parties"), through their counsel of record, hereby stipulate and agree that the above-captioned action be dismissed against Defendant City of Richmond, with prejudice.  Each party shall bear their own costs and fees in this matter. The Parties agree that pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375 (1994), the Court reserves jurisdiction to enforce the terms of the Parties  Release and Settlement Agreement.

Respectfully submitted,

_____/s/_____
Terry C. Frank, Esquire (VSB #. 74890)
Terry Frank Law
6722 Patterson Avenue, Suite B
Richmond, VA 23226
Telephone: (804) 899-8090
Facsimile: (804) 899-8229
Email:  terry@terryfranklaw.com
*Counsel for Plaintiffs Charles H. Schmidt, Jr., Kristopher C. Goad, Greyson Goodenow, aka Vanna Goodenow, Jammie Lee Jarvis, Alice Minimum,*

*Theressa N. Weller, aka Éilís Weller, Roberto Roldan, Andrew Ringle and Eduardo Acevedo*

_____*/s/*_____
Wirt P. Marks, Esquire (VSB #36770)
Senior Assistant City Attorney
Zachary P. Grubaugh, Esquire (VSB #83944)
Assistant City Attorney
City Hall, Room 400
900 East Broad Street
Richmond, Virginia 23219
Telephone: (804) 646-3019
Facsimile: (804) 646-7939
Email: Wirt.Marks@rva.gov
Email: Zachary.Grubaugh@rva.gov
*Counsel for Defendant City of Richmond*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2023, the foregoing was electronically filed using the CM/ECF filing system with the Clerk of the Court, and that Notice of Electronic Filing was thereby sent to all counsel of record.

_____*/s/*_____
Terry C. Frank, Esquire